# Court of Appeals
# of the State of Georgia

ATLANTA,  November 14, 2025

*The Court of Appeals hereby passes the following order:*

**A26D0168. SHAKEYRA BRADLEY v. AYOBAMI CHRISTOPHER.**

On October 31, 2025, Shakeyra Bradley filed this application for discretionary review of the trial court's September 4, 2024 final judgment and decree of divorce between Bradley and Ayobami Christopher. We lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35(d); *Hill v. State*, 204 Ga. App. 582, 583 (420 SE2d 393) (1992). This statutory deadline is jurisdictional, and we cannot accept an application for appeal not made in compliance with OCGA § 5-6-35(d). *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). As Bradley filed this application more than one year after entry of the divorce decree, the application is untimely and is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/14/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.